FILED

DEC 2 2 2015

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI,<br>　　　Movants, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | Cause No. SA-15-MC-01046-OLG |
| T. CHARLES PARR III,<br>　　　Respondent. | §<br>§<br>§ | |

### ORDER GRANTING MOVANTS' MOTION TO COMPEL

On this day the Court considered Movants' Motion to Compel Respondent Parr's Compliance with Subpoenas (docket no. 1), Respondent's Response (docket no. 3), and Movant's Reply in Support of its Motion (docket no. 7). Having considered the motion, the related pleadings, the arguments made by the parties, and the applicable law, the Court finds the motion has merit and is hereby GRANTED IN PART.

It is hereby ORDERED that Movant and Respondent confer on a time and place for Respondent T. Charles Parr III's deposition. Respondent T. Charles Parr III must provide deposition testimony in relation to this case no later than January 15, 2016. It is further ORDERED that Respondent T. Charles Parr III produce the documents requested in Movant's Motion to Compel no later than January 7, 2016. Finally, Movant's request for expenses on drafting its motion to compel is hereby DENIED.

It is so ORDERED.

SIGNED this ___ day of December, 2015.

United States District Judge Orlando L. Garcia